CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ILKIN GULIYEV,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSEPH B. EDLOW, Director, United States<br>Citizenship and Immigration Services, *et al*.,<br><br>                    Defendants. | Case No. 5:25-cv-06919 SVK<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On January 28, 2026, the Court granted the parties' request to stay proceedings until April 6, 2026. Dkt. No. 15. The Court previously granted the parties' request to stay proceedings on October 29, 2025. Dkt. No. 12. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on October 6, 2025. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. See https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed April 1, 2026). Additional guidance regarding the Policy Memorandum continues to be issued, including lifting the hold on certain individuals and groups of individuals. In order to allow time for USCIS to determine how to proceed in

Joint Status Report and Stipulation
C 5:25-cv-06919 SVK                          1

this matter given the recent updated guidance, the parties have agreed to continue the stay of proceedings.

Accordingly, all parties stipulate and request continuance of the stay of proceedings that the proceedings in this case be stayed until July 6, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 6, 2026                                 Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants



Dated: April 6, 2026                                 /s/ Regina Jacobson
REGINA JACOBSON
Attorney for Plaintiff


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until July 6, 2026.


Date: April 7, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 5:25-cv-06919 SVK                              2